**Order entered November 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00079-CV

**EDDIE & SHIRLEY JONES AND ALL OCCUPANTS OF 1012 BIRCHWOOD LANE, DESOTO, TX 75115, Appellants**

**V.**

**HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF PEOPLE'S FINANCIAL REALTY MORTGAGE SECURITIES TRUST, SERIES 2006-1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES, 2006-1, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. 13-06600-A**

## ORDER

Based on the Court's November 5, 2014 opinion, we **DENY** as moot appellee's November 10, 2014 motion to dismiss appeal.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE